No. 94–6579. CALVENTO v. METCALF ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–6584. HENDERSON v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 94–6601. CRAWFORD v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 94–6602. BERNARD v. DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY, ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–6608. COSTELLO v. KERNAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–6617. SAWYER v. INTERNATIONAL DAIRY QUEEN INC. ET AL. (two cases). C. A. 6th Cir. Certiorari denied.

No. 94–6624. STATEN v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 94–6633. SHORES v. REDDOCH ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–6644. DESMOND v. NYNEX CORP. C. A. 1st Cir. Certiorari denied.

No. 94–6645. FARR v. DAVIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–6662. BENDER v. MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–6663. HARRIS v. LILLARD ET AL. Sup. Ct. Tex. Certiorari denied.

No. 94–6667. MCGEE v. COUNTY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–6669. VAN HOOK v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 94–6760. NATHAN v. HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 94–6774. CORRIGAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.